UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MATTHEW E. ORSO
*as successor trustee to Kenneth D. Bell in his capacity as court-appointed receiver for Rex Venture Group, LLC doing business as* Zeekrewards.com,

    Plaintiff,

v.                                                                  Case No.:  2:22-mc-12-JLB-KCD

IGGY SANTISTEBAN,

    Defendant.

                                /

## ORDER

Before the Court are several motions asking for writs of garnishment. (Doc. 2, Doc. 3, Doc. 4, Doc. 5.) Earlier this month, Plaintiff Matthew Orso registered a foreign judgment against Defendant Iggy Santisteban. (Doc. 1.) Plaintiff is now seeking to attach financial accounts believed to belong to Defendant.

Federal Rule of Civil Procedure 69 provides that "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise." *Id*. The procedure for writs of execution is governed by state law. *Id*. Florida law provides that a judgment creditor may request the clerk of court to issue a writ

of garnishment to satisfy a judgment. Fla. Stat. § 77.01. Florida law also provides that a judgment against a debtor may be levied on tangible or intangible personal property held by a garnishee. *Id.* Plaintiff has complied with the statutory prerequisites for obtaining the writ he seeks. Thus, the Court will direct the Clerk to issue the proposed writs of garnishment.

Accordingly, it is **ORDERED**:

(1) The motions for writs of garnishment (Doc. 2, Doc. 3, Doc. 4, Doc. 5.) are **GRANTED**;

(2) The Clerk of Court is directed to issue the proposed writs (Doc. 2-1, Doc. 3-1, Doc. 4-1, Doc. 5-1.);

**DONE** and **ORDERED** in Fort Myers, Florida on August 25, 2022.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record