UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                   Case No.:  2:22-mc-12-JLB-KCD

IGGY SANTISTEBAN,

    Defendant.
_____/

## **ORDER**

Before the Court are two motions asking for writs of garnishment. (Doc. 21, Doc. 22.) Last year, Plaintiff Matthew Orso registered a foreign judgment against Defendant Iggy Santisteban. (Doc. 1.) Plaintiff is now seeking to attach financial accounts believed to belong to Defendant.

Federal Rule of Civil Procedure 69 provides that "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise." *Id*. The procedure for writs of execution is governed by state law. *Id*. Florida law provides that a judgment creditor may request the clerk of court to issue a writ of garnishment to satisfy a judgment. Fla. Stat. § 77.01. Florida law also provides that a judgment against a debtor may be levied on tangible or intangible personal property held by a garnishee. *Id*. Plaintiff has complied

with the statutory prerequisites for obtaining the writ he seeks. Thus, the Court will direct the Clerk to issue the proposed writs of garnishment.

Accordingly, it is **ORDERED**:

(1) The motions for writs of garnishment (Doc. 21, Doc. 22.) are **GRANTED**;

(2) The Clerk of Court is directed to issue the proposed writs (Doc. 21-1, Doc. 22-1.).

**DONE** and **ORDERED** in Fort Myers, Florida on January 27, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record